[No. 22752-5-II.    Division Two.    February 26, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. PATRICIA
FARRA-BROWN, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 97-1-00563-3, David R. Draper, J., entered
December 4, 1997. *Reversed* by unpublished opinion per
Houghton, J., concurred in by Bridgewater, C.J., and Hunt,
J.

[No. 22824-6-II.    Division Two.    February 26, 1999.]

MARION E. SLUYS, ET AL., *Appellants*, v. RUSSELL S.
TIBBETTS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 95-2-02788-3, William J. Kamps, J., entered
December 15, 1997. *Affirmed* by unpublished opinion per
Seinfeld, J., concurred in by Bridgewater, C.J., and Arm-
strong, J.

[No. 38515-1-I.    Division One.    March 1, 1999.]

ABTAR KAUR TEJA, ET AL., *Appellants*, v. SUKPAL SINGH
SARAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-15987-9, Charles W. Mertel, J., entered
March 22, 1996. *Reversed* by unpublished opinion per Web-
ster, J., concurred in by Coleman and Becker, JJ.

[No. 40703-1-I.    Division One.    March 1, 1999.]

DENNIS B. NOSS, D.P.M., *Respondent*, v. DONNA KLECKA,
D.P.M., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-17013-7, Carol A. Schapira, J., entered
April 11, 1997. *Affirmed* by unpublished opinion per
Kennedy, C.J., concurred in by Baker and Agid, JJ.